THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Steven Douglas Love, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2006-UP-220
Submitted April 1, 2006  Filed April 18, 2006  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
John Benjamin Aplin, S.C. Dept. of Probation Parole & Pardon, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Steven Douglas Love appeals arguing the trial court abused its discretion by revoking his probation.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Loves counsel attached a petition to be relieved stating that she has reviewed the record and found the appeal to be without merit.  Love did not file a separate pro se brief.  After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Loves appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.